**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Lucio NAJERA-CORCHADO, a.k.a. Lucio Corchado-Najera, Defendant-Appellant.**

**No. 16-10239**

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 \*

Filed January 23, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, Louis Charles Uhl, USAO—US Attorneys Office (Yuma), Yuma, AZ, for Plaintiff-Appellee

Lucio Najera-Corchado, Pro Se

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Lucio Najera-Corchado appeals from the revocation of supervised release and the 15-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Najera-Corchado's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have considered

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Najera-Corchado's October 4, 2016, pro se submission. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**